Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION FOR WARRANT OR SUMMONS FOR
### OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | James Dwight JEWETT, Sr. |
| **Docket Number:** | 2:88CR00025-01 |
| **Offender Address:** | Fairfield, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 08/10/1988 |
| **Original Offense:** | Count III, 21 USC 841(a)(1) - Manufacture of Methamphetamine (CLASS C FELONY); Count V, 18 USC 924(c)(1) - Use of a Firearm During a Drug Trafficking Offense (CLASS D FELONY) |
| **Original Sentence:** | Count III - 15 years imprisonment pursuant to 18 USC 4205(a); Count V- Five years consecutive sentence; 10 year term of supervised release, $100 special assessment. |
| **Special Conditions:** | Search; Drug testing and counseling; Shall not possess a firearm, ammunition or other dangerous weapon. |
| **Type of Supervision:** | Count III- Parole; Count V - Supervised Release. |
| **Supervision Commenced:** | 05/23/1996 |
| **Assistant U.S. Attorney:** | To be determined | **Telephone:** |
| **Defense Attorney:** | Arlene West, retained<br>428 13th Street, No. 1000<br>Oakland, CA 94621 | **Telephone:** |

RE:   **James Dwight JEWETT, Sr.**
       **Docket Number:  88CR000250-01**
       **PETITION FOR WARRANT OR SUMMONS**
       <u>**FOR OFFENDER UNDER SUPERVISION**</u>

**Other Court Action:**

<u>05/19/1998</u>:                  Notice   to   Parole   Commission   of   Violation
                              Conduct/Request for a Warrant for Possession of a
                              Firearm and Possession of Methamphetamine.

<u>05/22/1998</u>:                  Term of supervised release violation petition requested.

<u>05/26/1998</u>:                  Warrant issued from the Parole Commission and Court.

<u>06/10/1998</u>:                  Parole warrant executed.

<u>07/20/1998</u>:                  Term of supervised release violation petition dismissed
                              secondary to the government seeking new charges.

<u>08/16/1998</u>:                  New indictment (docket number CR98-40141) filed in
                              Northern District of California.

<u>05/05/1999</u>:                  Docket No. CR98-40141 dismissed.

<u>08/17/1999</u>:                  Parole revoked.

<u>06/15/2004</u>:                  Re-paroled.

---

## PETITIONING THE COURT

**(X)     TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of
supervision:

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

RE:   **James Dwight JEWETT, Sr.**
      **Docket Number:  88CR000250-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

**Charge Number**     **Nature of Violation**

**Charge 1:**              **FAILURE TO OBEY ALL LAWS**

On November 4, 2005, during an execution of a search warrant by the Fairfield Police Department, the following items were found at the offender's residence:  11 bindles containing a total of 14.7 grams of suspected marijuana; a small bindle containing .5 grams of suspected cocaine; a small bindle containing .5 grams of suspected methamphetamine; a small bindle containing .5 grams of suspected marijuana; $15,800 in U.S. currency (various denominations); and a digital scale.  This is in violation of California Health & Safety Code 11359 - Possession of Marijuana For Sale, California Health & Safety Code 11350 - Possession of Cocaine and California Health & Safety Code 11377 - Possession of Methamphetamine and the general condition of supervision to refrain from violating any law.

**Justification:**       This is the offender's second violation since being sentenced on the instance offense.  In each case, the offender involved himself with possession and/or sales of illicit drugs.  Despite the fact that the offender is 60 years of age, he continues to engage in drug dealing.  Due to the aforementioned, this officer believes that the community is at-risk and in danger if the offender remains at liberty.  Therefore, this officer is requesting that a warrant be issued for the offender's arrest.  (Note: The offender is also on Federal parole on this case and the Parole Commission has been notified and a warrant requested.)

**Bail/Detention:**       Detention is recommended due to the offender's continued proclivity toward possessing and selling illicit drugs.  Further, because of the offender's age, there is reason to believe he is a flight risk, especially if state charges are filed in addition to his violation charge.  It appears the offender is a person whose release pending appeal is restricted under 18 USC 3143.

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**RE:**   **James Dwight JEWETT, Sr.**
        **Docket Number:  88CR000250-01**
        **PETITION FOR WARRANT OR SUMMONS**
        <u>**FOR OFFENDER UNDER SUPERVISION**</u>


   **I declare under penalty of perjury that the foregoing is true and correct.**


**EXECUTED ON**:   December 21, 2005
                Sacramento, California
                MMF/cp


                    Respectfully submitted,


                    /s/Matthew M. Faubert
                    **MATTHEW M. FAUBERT**
                    **United States Probation Officer**
                    Telephone:  (916) 930-4308



**REVIEWED BY**:    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**RE:    James Dwight JEWETT, Sr.**
**Docket Number:  88CR000250-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

[x ]    The issuance of a warrant        [ x ]    No Bail

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

[x ]    Initial appearance and detention hearing before Magistrate Judge.

Date:  December 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
To Be Determined, Assistant United States Attorney

Attachment:  Presentence Report   (Sacramento only)

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**STATEMENT OF EVIDENCE OF ALLEGED
SUPERVISED RELEASE VIOLATIONS**

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

> **RE:**   James Dwight JEWETT, Sr.
> **Docket Number:**   2:88CR00025-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**   **FAILURE TO OBEY ALL LAWS**

    **A.**   **Evidence:**

        (1)   Fairfield Police Department's Report No. 05-17378 noting drugs, money and a scale were found in the offender's residence pursuant to a lawful search.

    **B.**   **Witnesses:**

        (1)   Detective Steve Crane of the Fairfield Police Department will testify to the fact that drugs, money and a scale were found during the execution of a search warrant at the offender's residence.

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**RE:**   **James Dwight JEWETT, Sr.**
       **Docket Number:  2:88CR00025-01**
       <u>**STATEMENT OF EVIDENCE**</u>


Respectfully submitted,


/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**

**DATED:**       December 21, 2005
             Sacramento, California
             MMF/cp


**REVIEWED BY**:      /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** James Dwight JEWETT, Sr.      **Docket Number:** 2:88CR00025-01

**Date of original offense:** June, 1987 - January 11, 1988

**Original term of supervised release imposed:** 10 **years.**

**Highest grade of violation alleged:** A

**Criminal History Category of offender:** IV

**Chapter 7 range of imprisonment:** 24 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

__      **Class A felony - 5 years (or stat max of __ years if longer).**
__      **Class B felony - 3 years**
_X_    **Class C and/or D felony - 2 years**
__      **Class E felony and misdemeanors: 1 year**

**Violation requires mandatory revocation: YES:** _X_   **NO:** ___.

**Original offense committed before 09/13/94:** Court may sentence up to the original term of supervised release, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Court must state on the record the reasons for sentences which exceed Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the re-imposition is limited to the term of supervised release originally imposed, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed before 09/13/94:** Title 18 USC 3583 instructs that supervision be revoked upon a finding of possession of a controlled substance. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession." A possession finding requires the imposition of a sentence not less than one-third of the term of supervised release.

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

December 21, 2005
MMF/cp

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG