```
DENNIS S. WAKS, Bar #142581
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES JEWETT, SR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-88-25-WBS |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO SCHEDULE STATUS HEARING |
| v. | |
| JAMES JEWETT, SR. | Judge: Hon. William B. Shubb |
| Defendant. | |

Mr. James Jewett, Sr., is facing allegations that he is in violation of the conditions of his Supervised Release. Mr. Jewett denies the violations. The Honorable Gregory G. Hollows held a preliminary hearing where he found probable cause to believe that the alleged violations occurred and ordered that the matter be scheduled forthwith before this Honorable Court for a status hearing to schedule a revocation hearing.

The parties agree that a status hearing for the purpose of scheduling further dates is appropriate and are available on February 9, 2006, at 2:00 p.m. The Clerk has agreed that this is a convenient date for the Court.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: February 3, 2006
2  
                            Respectfully submitted,
3  
   McGREGOR W. SCOTT                    DENNIS S. WAKS
4  United States Attorney                Acting Federal Defender
5  
6   /s/ Michael Beckwith                  /s/ Lexi Negin
   MICHAEL BECKWITH                      LEXI NEGIN
7  Assistant U.S. Attorney                Assistant Federal Defender
   Attorney for United States             Attorney for JAMES D. JEWETT, SR.
8

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-88-25-WBS |
| Plaintiff, | ) ORDER TO SCHEDULE STATUS HEARING |
| v. | ) Judge: Hon. William B. Shubb |
| JAMES JEWETT, SR. | ) |
| Defendant. | ) |

For the reasons set forth in the stipulation of the parties, filed on February 3, 2006, IT IS HEREBY ORDERED:

That status conference for the purpose of setting further dates be scheduled for Thursday, February 9, 2006, at 2:00 p.m.

Dated: February 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1