DENNIS S. WAKS, Bar #142581
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES JEWETT, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-88-25-WBS |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO ALTER BRIEFING SCHEDULE AND TO CONTINUE HEARING |
| v. | |
| JAMES JEWETT, SR. | |
| Defendant. | Judge: Hon. William B. Shubb |

This case is currently scheduled for a motion hearing April 12, 2006, for the defendant's Motion for Resentencing.  The attorneys for both parties have conferred and agree that additional time is needed for the government to respond to Mr. Jewett's Motion for Resentencing and that the motion hearing should be continued until May 3, 2006.  Therefore, the parties, through their respective counsel, hereby stipulate and agree that the motion hearing scheduled for April 12, 2006, be vacated and that the hearing should be continued until May 3, 2006.  The parties agree that the briefing schedule should be altered to allow the government more time to respond to defendant's Motion for Resentencing and request that the government response be due on April 26, 2006.   A proposed order is attached and lodged separately for the court's convenience.

DATED: April 11, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for ROBERTO GRACIANO-LOPEZ |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-88-25-WBS |
| Plaintiff, | ORDER |
| v. | |
| JAMES JEWETT, SR. | Judge: Hon. William B. Shubb |
| Defendant. | |

    For the reasons set forth in the stipulation of the parties, filed on April 10, 2006, IT IS HEREBY ORDERED that the motion hearing of April 12, 2006, be vacated and continued to May 3, 2006, at 9:00 a.m. Further, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 10, 2006, stipulation, that the government's response to the defendant's Motion for Resentencing is due on April 26, 2006.

Dated: April 11, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2